**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Antoinette Theresa KNOWLES,
Defendant-Appellant.**

No. 17-10569
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(February 1, 2018)

Edwin F. Knight, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL,

---

Christopher P. Canova, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff-Appellee

Antoinette Theresa Knowles, Pro Se

Before ED CARNES, Chief Judge, WILSON and JORDAN, Circuit Judges.

PER CURIAM:

Patricia Jean Kyle, appointed counsel for Antoinette Theresa Knowles in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Knowles's convictions and sentences are **AFFIRMED**.